Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN JAY CUNNINGHAM,<br>LISA LUERA,<br>JUSTIN BRICE WILLIAMS,<br>MUHAMMAD ALI ATKINS,<br>JOSEPH TRAN,<br>LUCUS JOHNNY QUILT,<br>FAYVE ELI MARY QUILT,<br>DIDE CRYSTAL QUILT<br>JOANNE CHRISTIN ROSETTE,<br>RANGER OPPENHEIM,<br>**ERIN CASPER**,<br>ABRAHAM CHARLES SHEENA,<br><br>  Defendants. | NO. CR05-417RSM<br><br>ORDER CONTINUING<br>TRIAL DATE AND<br>PRETRIAL MOTIONS<br>DEADLINE FOR<br>DEFENDANT CASPER |

THIS MATTER comes before the Court on a stipulated motion of the government and defendant ERIN CASPER to continue the trial date and the pretrial motions deadline date. Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice. The case is complex over three thousand pages of discovery, over one thousand intercepted telephone conversations, and hundreds of exhibits. Additionally, the location of the defendant and defense witnesses in Canada require extra time for defense counsel to prepare this matter for trial.

It is unreasonable to expect adequate preparation for trial before the current trial

Order Continuing Trial and Motions
Deadline/Casper, CR05-417RSM –1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  date of March 6, 2006.  The Court further finds that the interests of the public and the

2  defendants in a speedy trial in this case are outweighed by the ends of justice.

3    IT IS NOW, THEREFORE, ORDERED that trial of defendant ERIN CASPER be

4  continued to June 5, 2006, and that the time between the date of this Order and the new

5  trial date be excludable time under the Speedy Trial Act pursuant to Title 18, United

6  States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(I), and 3161(h)(8)(B)(ii).

7    IT IS FURTHER ORDERED that pre-trial motions shall be filed on or before

8  April 3, 2006.

9    Dated this 23rd day of February, 2006

                 RICARDO S. MARTINEZ
                 UNITED STATES DISTRICT JUDGE

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA  98101-3903
(206) 553-4882, Fax:  (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar #24300

s/ Kenneth  Kanev
KENNETH E.  KANEV
1001 FOURTH AVENUE PLAZA, SUITE 2120
SEATTLE, WASHINGTON   98154-1109
TEL (206) 223-1355, Fax (206) 583-2278
e-mail: kanevlaw@speakeasy.net

Order Continuing Trial and Motions
Deadline/Casper, CR05-417RSM –2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970